Case: **2:25−cv−02721**
Assigned To : **Lipman, Sheryl H.**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **7/15/2025**
Description: **Ruff v. Rollins**